0529452UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                Case Number 08-15285 GMB


Debtor: Juanita Tedeschi


| Check Number | Creditor | Amount |
|---|---|---|
| 1709170 | Juanita Tedeschi | 2,000.00 |


/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee


Dated:   November 10, 2010